IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01183-LTB-MEH

TARGOL (TERRY) ABIDI,

    Plaintiff,

v.

FURNITURE ROW, LLC, a Colorado limited liability company,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 24, 2010.**

    The Joint Motion for Entry of Stipulated Protective Order [filed November 22, 2010; docket #13] is **granted**. The proposed Protective Order is accepted and entered contemporaneously with this minute order.