IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01183-LTB-MEH

TARGOL (TERRY) ABIDI,

    Plaintiff,

v.

FURNITURE ROW, LLC, a Colorado limited liability company,

    Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 19, 2011.**

    Defendant's Unopposed Motion to Amend Answer [filed January 18, 2011; docket #22] is **granted**. The motion is timely filed. Pursuant to Fed. R. Civ. P. 15(a), the Court finds the interests of justice require granting leave to amend; accordingly, the Clerk of Court is directed to enter the Amended Answer located at docket #22-1.