IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01183-LTB-MEH

TARGOL (TERRY) ABIDI,

    Plaintiff,

v.

FURNITURE ROW, LLC, a Colorado limited liability company,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 14, 2011.**

    In light of the settlement of this matter, Defendant's Motion for Protective Order [filed January 7, 2011; docket #20] and Plaintiff's Motion for Extension of Time [filed January 18, 2011; docket #23] are **denied as moot**.