**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  10-cv-01183-LTB-MEH

TARGOL (TERRY) ABIDI,

      Plaintiff,

v.

FURNITURE ROW, LLC, a Colorado limited liability company,

      Defendant.

_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice (Doc 32 - filed February 16, 2011), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                    BY THE COURT:

                      s/Lewis T. Babcock
                    Lewis T. Babcock, Judge

DATED:   February 17, 2011